## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| James Tyson, | Civil No. 05-710 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Fairview University Medical Center, | |
| Defendant. | |

---

Based upon the Stipulation of the parties, **IT IS HEREBY ORDERED** that the above-captioned matter is hereby **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 20, 2006                s/Richard H. Kyle
                                    RICHARD H. KYLE
                                    United States District Judge